AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RUBIN YOUNG, et al.,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 1:25-cv-00169

RUSHMORE LOAN MANAGEMENT SERVICES LLC,
et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 20, 2026, Defendant Rushmore Loan Management

Service LLC's Motion to Dismiss is granted.  This case stands closed.



3/20/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020